**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-cv-23298-UU

BANK OF AMERICA, N.A.,

Plaintiff,

v.

VEGAS DENTAL CORP., *et al*.,

Defendants.
_______________________________________/

**ORDER**

THIS CAUSE comes before the Court upon the Report and Recommendation, issued by Magistrate Judge John J. O'Sullivan on November 14, 2019. D.E. 55. Magistrate Judge O'Sullivan recommended that Plaintiff Bank of America, N.A.'s Motion for Entry of Final Judgment of Garnishment, D.E. 51, be GRANTED.

The Parties' objections to the Report were due by December 2, 2019, and no party has filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is thus ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Magistrate Judge O'Sullivan's Report and Recommendation, D.E. 55, is RATIFIED, AFFIRMED and ADOPTED. Plaintiff's Motion for Entry of Final Judgment of Garnishment, D.E. 51, is GRANTED. The Court will separately enter final judgment. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a notice with the Court, no later than **Monday, <u>December 9, 2019</u>**, affirming that it has paid the $100 statutory fee under Fla. Stat. § 77.28 to Wells Fargo Bank, N.A.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d__ day of December, 2019.

UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf
*Pro se* Defendants